**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7168**

_____

TOCCARA YVONNE PULLER,

Plaintiff - Appellant,

v.

LIEUTENANT QUARLES; SERGEANT STONE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:24-cv-00696-JPJ-PMS)

_____

Submitted:  February 28, 2025                    Decided:  April 14, 2025

_____

Before NIEMEYER and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

Toccara Yvonne Puller, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toccarra Yvonne Puller appeals the district court's order dismissing her 42 U.S.C. § 1983 action without prejudice for failure to comply with the court's order directing her to submit a statement of assets and a prisoner trust account report for the six-month period immediately proceeding the filing of the complaint.* Puller filed the requested documents shortly after the deadline for filing, and one of the documents, the Statement of Assets, was dated and signed under penalty of perjury before the deadline passed. Puller contends that prison administrative delays prevented her from timely complying with the order. Her subsequent objections to the district court's dismissal order were filed within 28 days after entry of the district court's judgment. *See* Fed. R. Civ. P. 59(e). Because the district court should have construed Puller's filings as a Rule 59(e) motion to alter or amend a judgment, *see* Castro v. United States, 540 U.S. 375, 381 (2003), we vacate the judgment and remand for the district court to consider the motion and documents in the first instance. We express no opinion on the ultimate disposition of Puller's claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*VACATED AND REMANDED*

---

* As the district court did not provide leave to amend, the order is final. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).